TRIAL COURT CASE NO. _____

<table>
<tr><td rowspan="6" style="text-align:center">§<br>§<br>§<br>§<br>§<br>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>FILED IN<br>15th COURT OF APPEALS</td></tr>
<tr><td>_____ COUNTY, TEXAS<br>AUSTIN, TEXAS</td></tr>
<tr><td>4/25/2025 2:21:36 PM</td></tr>
<tr><td>JUDICIAL DISTRICT<br>CHRISTOPHER A. PRINE</td></tr>
<tr><td>Clerk</td></tr>
</table>

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____      By:_____(clerk's initials)